IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-44-2-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRENT E. WOOD | ) | |

Upon motion of the Defendant, pursuant to 18 U.S.C. § 3563(c) and for good cause shown, the sentenced imposed in this matter on November 30, 2010, is hereby MODIFIED to reflect a term of probation of eighteen (18) months. All other conditions of the judgment entered on November 30, 2010, shall remain in full force and effect.

SO ORDERED this the 9 day of February, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE